UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Civil Case Number: 1:19-cv-00177-AW-GRJ

Toccara Robinson,

                Plaintiff,

vs.

Mariner Finance, LLC,

                Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: November 25, 2019

Respectfully submitted,

By /s/ Sergei Lemberg

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                            Sergei Lemberg